

RELEASED FOR PUBLICATION

DOCKET NO. 1574

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE PAXIL PRODUCTS LIABILITY LITIGATION

BEFORE WM. TERRELL HODGES,* CHAIRMAN, JOHN F. KEENAN, BRUCE M. SELYA,* JULIA SMITH GIBBONS, D. LOWELL JENSEN, J. FREDERICK MOTZ AND ROBERT L. MILLER, JR., JUDGES OF THE PANEL

### TRANSFER ORDER

This litigation presently consists of twelve actions: two actions in the Middle District of Louisiana and one action each in the Central District of California, the Southern District of California, the Southern District of Illinois, the District of Maryland, the District of Massachusetts, the Northern District of Mississippi, the Northern District of Ohio, the Middle District of Tennessee, the Northern District of Texas and the Eastern District of Wisconsin.[1] Before the Panel is a motion, pursuant to 28 U.S.C. § 1407, by the Massachusetts plaintiffs to centralize the actions in this litigation in the Central District of California or the Southern District of Illinois for coordinated or consolidated pretrial proceedings. The Southern California plaintiff joins in the motion. Pharmaceutical defendants – SmithKline Beecham Corp., d/b/a/ GlaxoSmithKline and GlaxoSmithKline PLC (collectively referred to as GSK) — oppose Section 1407 centralization. If the Panel deems centralization appropriate, GSK suggests either the Middle District of Louisiana or the Middle District of Tennessee as transferee district.

On the basis of the papers filed and hearing session held, the Panel finds that the actions in this litigation involve common questions of fact and that centralization under Section 1407 in the Central District of California will serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation. Common factual questions arise because all actions focus on alleged side effects of Paxil, a widely-prescribed anti-depressant drug, and whether defendants knew of these side effects and either concealed, misrepresented or failed to warn of them. Centralization under Section 1407 is thus necessary in order to avoid duplication of discovery, prevent inconsistent or repetitive pretrial rulings, and conserve the resources of the parties, their counsel and the judiciary.

---

* Judges Hodges and Selya did not participate in the decision of this matter.

[1] The Panel has been notified that four potentially related actions have been filed as follows: one action each in the Central District of California, the Southern District of Indiana, the Northern District of New York and the Western District of Washington. These actions and any other related actions will be treated as potential tag-along actions. *See* Rules 7.4 and 7.5, R.P.J.P.M.L., 199 F.R.D. 425, 435-36 (2001).

- 2 -

Given the geographic dispersal of constituent actions and potential tag-along actions, no district stands out as the geographic focal point for this nationwide docket. Thus we have searched for a transferee judge with the time and experience to steer this complex litigation on a prudent course. By centralizing this litigation in the Central District of California before Judge Mariana R. Pfaelzer, we are assigning this litigation to a seasoned jurist in a district with the capacity to handle this litigation.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 1407, the actions on the attached Schedule A and pending outside the Central District of California are transferred to that district and, with the consent of that court, assigned to the Honorable Mariana R. Pfaelzer for coordinated or consolidated pretrial proceedings with the action pending there.

FOR THE PANEL:

*John F. Keenan*
John F. Keenan
Acting Chairman

# SCHEDULE A

MDL-1574 -- In re Paxil Products Liability Litigation

### Central District of California

*In re Paxil Litigation*, C.A. No. 2:01-7937

### Southern District of California

CV03-9470-MRP(CWx)

*James Roscoe v. GlaxoSmithKline*, C.A. No. 3:02-2138

### Southern District of Illinois

CV03-9471-MRP(CWx)

*Carol Martin, et al. v. SmithKline Beecham Corp.*, C.A. No. 3:03-563

### Middle District of Louisiana

*Ted Bowman, et al. v. SmithKline Beecham Corp.*, C.A. No. 3:02-909  CV03-9471-MRP(CWx)
*Victoria James, et al. v. SmithKline Beecham Corp., et al.*, C.A. No. 3:03-499  CV03-9472-MRP(CWx)

### District of Maryland

*Frank Mitchell, et al. v. SmithKline Beecham Corp.*, C.A. No. 1:02-4156  CV03-9473-MRP(CWx)

### District of Massachusetts

CV03-9474-MRP(CWx)

*Preston Leonard, et al. v. GlaxoSmithKline Corp.*, C.A. No. 1:03-10245

### Northern District of Mississippi

CV03-9475-MRP(CWx)

*Hattie D. Scott, et al. v. SmithKline Beecham Corp., et al.*, C.A. No. 4:03-233

### Northern District of Ohio

CV03-9477-MRP(CWx)

*Joseph James McGrath, et al. v. GlaxoSmithKline, Inc., et al.*, C.A. No. 1:02-765

### Middle District of Tennessee

CV03-9478-MRP(CWx)

*Calvin Townsend, et al. v. SmithKline Beecham Corp., et al.*, C.A. No. 3:03-444

### Northern District of Texas

CV03-9479-MRP(CWx)

*Clayton Greenberg, et al. v. GlaxoSmithKline Corp.*, C.A. No. 3:02-2147

### Eastern District of Wisconsin

CV03-9480-MRP(CWx)

*Christen Holcombe, et al. v. SmithKline Beecham*, C.A. No. 2:02-1158

# Judicial Panel on Multidistrict Litigation - Panel Attorney Service List
## for
## MDL 1574 - In re Paxil Products Liability Litigation

*** Report Key and Title Page ***

Please Note: This report is in alphabetical order by the last name of the attorney. A party may not be represented by more then one attorney. See Panel rule 5.2(c).

**Party Representation Key**
\* Signifies that an appearance was made on behalf of the party by the representing attorney.
\# Specified party was dismissed in some, but not all, of the actions in which it was named as a party.
All counsel and parties no longer active in this litigation have been suppressed.

**This Report is Based on the Following Data Filters**
Docket: 1574 - Paxil PL
For Open Cases

**Judicial Panel on Multidistrict Litigation - Panel Attorney Service List**  Page 1

Docket: 1574 - In re Paxil Products Liability Litigation
Status: Transferred on 12/19/2003
Transferee District: CAC    Judge: Pfaelzer, Mariana R.

Printed on 12/19/2003

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Barth, Karen A.<br>Baum, Hedlund, Aristei, Guilford & Schiavo<br>12100 Wilshire Boulevard<br>Suite 950<br>Los Angeles, CA 90025-7106 | => Hamilton, Lesli*; Keith, Katherine* |
| Coffin, Christopher L.<br>Pendley Law Firm<br>PO Drawer 71<br>24110 Eden Street/70764<br>Plaquemine, LA 70765 | => Alexander, Jr., Jack*; Alleman, Brenda*; Allen, Jessie Mae*; Anderson, Kelly F.*; Andes, Adam*; Armstrong, Shirley*; Ashley, Jason Scott*; Axley-Teague, Venita*; Baptiste, Virginia*; Battiste, Lucretta*; Bell, Carol*; Bellar, Malcom W.*; Benzon, Edward Greg*; Bonnette, Sheila*; Bonnette, Stacey M.*; Boone, Connie*; Bowman, Ted*; Bowman, Ted*; Brown, Anthony L.*; Brown, Kenneth A*; Brown, Tonya*; Budd, Melissa*; Byrd, Veronica D.*; Carlos, Kemmy*; Carr, Erica*; Carroll, Felicia*; Chapochnikov, Iouri*; Chilcutt, Larry Joe*; Chittenden, Brian K.*; Chrisman, Jason Palmer*; Clark, Tina E.*; Cooper, Cynthia*; Crowell, Clayton T.*; Curle, Mylinda Craft*; Curle, Sherry K.*; Daigle, Janice*; Dalton Joann Marie*; Dameron, Darla Gayle*; Davis, Robert L.*; Dickson, Erika Y.*; Dotson, Brenda*; Dowdy, Michael*; Driscoll, Barbara*; Driver, Tawania Lee*; Edwards, Aundrea*; Edwards, Vanessa*; Esters, Cedric*; Falgoust, Gale M.*; Favroth, Carolyn A.*; Fischer, Deborah*; Ford, Donna*; Fowler, Stacy*; Foxx, Autuan L.*; Foxx, Pamela*; Frederick, Joe*; Freeman, Steven Todd*; Furches, Darlene Gail*; Fusilier, Rhonda Ann*; Garver, Tisha*; Gollin, Linda*; Goodell, Erin*; Gremillion, Kenneth*; Guidry, Mary*; Guillot, Roy*; Gunnels, Courtney*; Guy, Susan*; Hackett, Patricia Ann*; Hanscom, Stephne*; Harford, Harold*; Harrold, Terry*; Hebert, Andrew*; Hein, Lisa C.*; Hill, Diane G.*; Hodge, Lisa*; Holcombe, Christen*; Hooker, Chris*; Humphries, Nicholas*; Jackson, Joy Johnson*; James, Victoria*; Jewell, Stephanie Roxanne*; Kador, Ronald*; Keeling, Donna*; Keller, Gloria K.*; Kennedy, Alana*; Klein, Dabney Price*; Kling, Steven*; Landfair, Joyce Marie*; Leach, Judy*; Lecompte, Charmaine*; Leger, Deborah H.*; LeJeune, Deborah*; Lewis, John Christopher*; Martin, et al., Carol*; Matthews, Jarvis*; McCall, Donna*; McGraw, Brian D*; McKellips, Kristen M*; McLawchlin, Jr., J.D.*; McNeil, Darrel*; Meche, Sherry M.*; Miller, Alisa Jean*; Miller, Teena S*; Mitchell, Frank*; O'Dell, Diane M*; Osborne, William T.*; Parker, Brooke*; Perkins, Joyce Lockett*; Phenix, Lee A.*; Poucher, Jeff M.*; Price, Victor*; Propes, Crystal M.*; Reese, Faun*; Reese, Faun S.*; Riley, Beatrice*; Risinger, Ginger*; Robinson, Rob*; Russell, Diane*; Russell, Emma Lee*; Russell, Mary*; Saltsman, Joann*; Salvadras, John Kevin*; Sanchez, Samatha*; Schailbly, Lydia Davis*; Schwab, Stacey*; Scott, Hattie D.*; Silcox, Vivian*; Simmons, Johnnie L*; Simms, Margaret J.*; Singletary, Anne*; Smith, Falfon K*; Smith, Leanne R.*; Smithson, Donna*; Speer, Kathryn*; Stein, Jerry*; Stepp, Amy Brunfield*; Stewart, Ethel J.*; Stowers, Jr., Earnest*; Swanson, III, Michelle R.*; Talbot, Denise Devion*; Taylor, James E.*; Thomas, Marilyn*; Townsend, Calvin*; Trunball, Laura Anne*; Turner, Pamela S.*; Waldrop, Mike R.*; Walker, Ronald*; Walters, Cynthia*; Washington, Mary Louise*; Westmoreland, Jonathan*; Williams, Brandy*; Williams, John Danny*; Williams, Martha*; Williams, Vera Lue*; Winter, Bunny*; Wolfe, Melissa A.*; Woolfolk, Tonya*; Wright, Peggy*; Yurewitch, Carl J.* |
| Fleming, David J.<br>Drinker Biddle & Reath<br>Wells Fargo Center<br>333 South Grand Avenue<br>North Tower, Suite 1700<br>Los Angeles, CA 90071 | => Glaxo Wellcome PLC; Glaxo Wellcome, Inc. |
| Keramati, Reza<br>Western Legal Group<br>550 West C Street<br>Suite 1600<br>San Diego, CA 92101 | => Roscoe, James* |
| McGrath, Joseph James<br>11041 Fairlawn Drive | => King, David K.; McGrath, Joseph James; Patterson, Jr., Ronald Kelly |

Note: Please refer to the report title page for complete report scope and key.

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Palmer, OH 44130 | |
| Varner, Chilton D.<br>King & Spalding<br>191 Peachtree Street, N.E.<br>Suite 4300<br>Atlanta, GA 30303-1763 | => GlaxoSmithKline (as is on docket sheet); GlaxoSmithKline Corp.; GlaxoSmithKline, Inc.; GlaxoSmithKline, PLC*; SmithKline Beecham Corp.*; SmithKline Beecham Corp. dba GlaxoSmithKline*; Smithkline Beecham dba GlaxoSmithKline* |
| Yourman, Kevin J.<br>Weiss & Yourman<br>10940 Wilshire Boulevard, 24th Floor<br>Los Angeles, CA 90024 | => Cheverie, Janelle*; Greenberg, Clayton*, Jackson, Sandra*; Leonard, Preston* |

SCANNED

Note: Please refer to the report title page for complete report scope and key.