Thomas M. Moore (Bar No. 116059)
David J. Fleming (Bar No. 100688)
DRINKER BIDDLE & REATH LLP
333 South Grand Avenue, Suite 1700
Los Angeles, CA 90071-1504
Telephone: (213) 253-2300
Facsimile: (213) 253-2301

Chilton D. Varner
Todd P. Davis
Mark S. Brown
Andrew T. Bayman
KING & SPALDING
191 Peachtree Street
Atlanta, Georgia 30303-1763
Telephone: (404) 572-4600
Facsimile: (404) 572-5143

Attorneys for Defendant
SMITHKLINE BEECHAM CORPORATION,
d/b/a GLAXOSMITHKLINE

FILED
CLERK, U.S. DISTRICT COURT
FEB 17 2005
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION  MDL03-1574

| In re PAXIL PRODUCTS LIABILITY LITIGATION | MDL NO. 1574 |
|---|---|
| | Master File No.: CV-01-07937 MRP CWx) (Honorable Mariana R. Pfaelzer) |
| THIS DOCUMENT RELATES TO ALL ACTIONS  DOCKETED ON CM  FEB 18 2005  BY ___ 014 | [PROPOSED] ORDER PERMITTING FILING OF DEFENDANT GLAXOSMITHKLINE'S MOTION TO EXCLUDE THE PROPOSED TESTIMONY OF PLAINTIFFS' EXPERTS CONCERNING ALLEGATIONS THAT PAXIL IS ADDICTIVE, HABIT-FORMING, OR ASSOCIATED WITH SUBSTANCE DEPENDENCE UNDER SEAL (PER LOCAL RULE 79-5.1) |

TO THE CLERK OF THE COURT AND TO ALL PARTIES AND THEIR

RESPECTIVE ATTORNEYS OF RECORD:

Defendant SmithKline Beecham Corporation d/b/a/ GlaxoSmithKline has

applied to this Court for permission to file its Motion to Exclude the proposed

1 testimony of plaintiffs' experts concerning allegations that Paxil is addictive, habit-
2 forming, or associated with substance, dependence under seal. Having considered
3 defendant's request, it is hereby Ordered:
4     Defendant GlaxoSmithKline is permitted to file under seal the following:
5     (1) Motion to exclude the proposed testimony of plaintiffs' experts
6 concerning allegations that Paxil is addictive, habit-forming, or associated with
7 substance dependence;
8     (2) Memorandum of Points and Authorities in support thereof; and
9     (3) Exhibits thereto.
10
11     IT IS SO ORDERED.
12
13 DATED: February 17, 2005
14
15 _____
16 Mariana R. Pfaelzer
United States District Court Judge
17
18
19
20
21
22
23
24
25
26
27
28

LAW OFFICES
DRINKER BIDDLE &
REATH LLP
Los Angeles, California
LA/63024
[MASTER FILE NO.: CV-01-0737 MRP (CSX)]